UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINCY B. JONES, | : |
| Petitioner | : CIVIL ACTION NO. 3:21-2120 |
| v. | : (JUDGE MANNION) |
| WARDEN QUAY, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

MALACHY E. MANNION
United States District Judge

DATE: June 29, 2023
21-2120-01-Order